1 | JERRY PERSKY
2 | California State Bar No. 96574
    5657 Wilshire Boulevard, Suite 410
    Los Angeles, California 90036
3 | Telephone No. (323) 938-4000
    Facsimile No. (323) 938-4068
4 | E-mail address: jpersky48@aol.com

5 | Attorney for Plaintiff

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA OCHOA DEL GAUDIO,               )<br>                                       )<br>              Plaintiff,               )<br>                                       )<br>     v.                                )<br>                                       )<br>NANCY A. BERRYHILL, ACTING             )<br>COMMISSIONER OF SOCIAL                 )<br>SECURITY ADMINISTRATION,               )<br>                                       )<br>              Defendant.               )<br>_____) | CV 2:17-7170-AFM<br><br>ORDER AWARDING EAJA<br>ATTORNEY FEES |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act (EAJA) fees, IT IS ORDERED that Plaintiff shall be awarded attorney fees under the EAJA in the amount of four thousand three hundred dollars ($4,300.00), as authorized by 28 U.S.C. §2412(d), subject to the terms of the above-referenced Stipulation.

DATED: _____9/28/2020_____

*/s/ Alex MacKinnon*

U.S. MAGISTRATE JUDGE
ALEXANDER F. MacKINNON

1